IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT

2008 APR -4 P 12: 20

UNITED STATES OF AMERICA

CLERK'S OFFICE
AT BALTIMORE

v.

BY_____DEPUTY

STEPHEN MITCHELL

Crim. No. JFM-94-326

\*    \*    \*    \*    \*

## ORDER

Upon review of the letter filed by the Office of the Federal Public Defender after undertaking a preliminary review of the defendant's eligibility to seek a reduction in sentence under 18 U.S.C. § 3582 based on the retroactive application of Amendment No. 706 to the United States Sentencing Guidelines related to cocaine base ("crack") offenses, and upon being advised that the defendant is indigent and unable to afford counsel, it is this 4th day of April, 2008, ordered by the United States District Court for the District of Maryland that:

1)    The letter shall be docketed as a Motion for Appointment of Counsel;

2)    The Office of the Federal Public Defender for the District of Maryland shall be appointed to represent the defendant in connection with a motion to reduce sentence under 18 U.S.C. § 3582 and Amendment 706;

3)    The status report also shall be docketed as a Motion for Reduction of Sentence under 18 U.S.C. § 3582; and

4)    The government shall state within seven days its position on the motion for reduction of sentence.

J. FREDERICK MOTZ
United States District Judge