BSS/3582.NoOpp.ManMin.Response.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Criminal No. JFM-94-0326 |
| STEPHEN MITCHELL | * |

...ooOoo...
GOVERNMENT'S RESPONSE TO MOTION FOR REDUCTION
OF SENTENCE UNDER 18 U.S.C. § 3582(c)

The United States of America, by its undersigned counsel, having reviewed the Presentence Report, the Judgment & Commitment Order, the revised guidelines computation and a Bureau of Prisons SENTRY report for the defendant named above, **does not oppose** retroactive application of the revised "crack" guideline pursuant to 18 U.S.C. § 3582(c).

The United States notes that even if a defendant is eligible for a two-level sentence reduction, whether or not to grant the reduction is a matter committed to the Court's discretion, not an automatic entitlement. Moreover, this defendant is serving a statutory penalty of **not less than 120 months,** so no reduction could go below that figure. It appears that this Court sentenced Mr. Mitchell one year above the low end before, so consistent with revised Application Note 3 to U.S.S.G. § 1B1.10, it is the government's position that he ought to be re-sentenced to the same relative point within the new guideline range at which he was sentenced previously (roughly 147 months in this case). The United States **does oppose** any reduction in the term of supervised release or any other term of the sentence.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Barbara S. Sale
Assistant United States Attorney
Bar No. 00307
36 South Charles Street
Baltimore, Maryland 21201
(410) 209-4902

## Certificate of Service

**I HEREBY CERTIFY** that this __10th__ day of __April__ 2008, a copy of the Foregoing Government's Response to Motion for Reduction Of Sentence under 18 U.S.C. § 3582(c) was hand delivered to:

Denise C. Barrett, Esq.
The Office of the Federal Public Defender
for the District of Maryland
Tower II, Suite 1100
100 S. Charles St.
Baltimore, MD 21201

_____
Debra C. Lesser
Paralegal Specialist