AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2008 MAY 12 P 3:43
CLERK'S OFFICE
AT BALTIMORE
BY____ DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| STEPHEN MITCHELL | ) Case No: | JFM-94-0326 |
| | ) USM No: | |
| Date of Previous Judgment: February 22, 1999 | ) | David Mister |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction
## Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  x  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  x  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued)   **180**   months is reduced to   **144 months** .

### I. COURT DETERMINATION OF GUIDELINE RANGE   (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 38 | Amended Offense Level: | 36 | |
| Criminal History Category: | III | Criminal History Category: | III | |
| Previous Guideline Range: | 168 to 210 months | Amended Guideline Range: | 135 to 168 months | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
x  The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   February 25, 1999   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   May 12, 2008                    _____
                                                                         Signature

Effective   May 12, 2008                      J. Frederick Motz, United States District Judge
(if different from order date)                   Printed name and title